Michael B. Adreani (SBN 194991) mba@rpnalaw.com
Burton E. Falk (SBN 100644) bef@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:  (818) 992-9999
Facsimile:   (818) 992-9991

Attorneys for Defendants National Stores,
Inc. and J & M Sales Inc. dba Fallas Paredes

H. Troy Farahmand (SBN 230345) htf@htflawfirm.com
Troy M. Mueller (SBN 284535) tmueller.sw@gmail.com
LAW OFFICES OF H. TROY FARAHMAND
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225

Attorneys for Plaintiff
Star Fabrics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>    Plaintiff,<br><br>   v.<br><br>NATIONAL STORES, INC., a California corporation; J & M SALES INC. DBA FALLAS PAREDES, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. CV 14-4816 GHK (JCx)**<br><br>**DISCOVERY MATTER:<br>ORDER ON PARTIES'<br>STIPULATION FOR PROTECTIVE<br>ORDER**<br><br>**[Stipulation For Protective Order, filed concurrently herewith]** |

1

**IT IS HEREBY ORDERED THAT:**

Good cause exists for the Stipulation For Protective Order, filed September 26, 2014, which was jointly submitted by counsel for Plaintiff Star Fabrics, Inc., and counsel for Defendants National Stores, Inc. and J & M Sales Inc. dba Fallas Paredes, concerning confidential, proprietary, or private information business information (including without limitation, sales and profit margin figures), and said Stipulation For Protective Order is hereby ordered.

**IT IS SO ORDERED.**

DATED:      October 8, 2014

_____/s/_____
JACQUELINE CHOOLJIAN
U.S. MAGISTRATE JUDGE

**ORDER ON PARTIES' STIPULATION FOR PROTECTIVE ORDER**